UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CHRISTA REED,**

    Plaintiff,

                              Case Number _____

v.

**DNF ASSOCIATES LLC,**

    Defendant.

_____/

**<u>Complaint & Jury Demand</u>**

1. The Plaintiff, Christa Reed, sues Defendant, DNF Associates LLC, pursuant to 15 U.S.C. § 1692k for violating the Fair Debt Collection Practices Act (FDCPA).

2. Defendant is domesticated in Delaware as a limited liability company.

3. Defendant maintains a principal place of business in New York.

4. Defendant is registered with the Kentucky Secretary of State as a foreign limited liability company.

1

5. Plaintiff resides in Alexandria, Kentucky.

6. The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and FDCPA § 813(d).

7. Defendant is a debt collector.

8. On or about May 14, 2019, Defendant sued Plaintiff in the Commonwealth of Kentucky in Grant District Court, case number 19-C-00290 to collect a debt.

9. In the aforementioned lawsuit, Defendant sought to collect $1,356.36 from Plaintiff.

10. Defendant sought to collect a consumer debt from Plaintiff.

11. Defendant is a debt collector as defined by FDCPA § 803(6).

12. Plaintiff is a consumer as defined by FDCPA § 803(3).

13. Defendant was/is seeking to a collect a debt from Plaintiff as defined by FDCPA § 803(5).

14. Defendant has engaged in abusive debt collection practices.

15. Venue is appropriate in the Covington Division, because Defendant violated the FDCPA in Campbell and Grant counties of the Commonwealth of Kentucky.

**Count I – FDCPA § 805**

16. Plaintiff reincorporates paragraphs 1 through 15 as if fully stated herein.

17. Plaintiff is an adult.

18. Plaintiff never gave permission to Defendant to communicate with her mother regarding debt collection.

19. Plaintiff does not live with her mother.

20. Plaintiff has not lived with her mother for more than a decade.

21. Defendant communicated with Plaintiff's mother about Plaintiff owing a debt.

22. Defendant should have known that it was unusual to communicate with Plaintiff through her mother or at her mother's residence.

23. Plaintiff has lost sleep, lost time, become anxious, worried and embarrassed due to Defendant's actions.

24. Plaintiff's body has hurt as a result of Defendant's actions.

Wherefore, Plaintiff demands trial by jury, judgment, actual damages, statutory damages, attorneys' fees, costs and any other relief the Honorable Court deems appropriate.

**Count II – FDCPA § 811**

25. Plaintiff reincorporates paragraphs 1 through 15 as if fully stated herein.

26. Plaintiff resides in Campbell County, Kentucky.

27. Alexandria is in Campbell County, Kentucky.

28. Alexandria is not in Grant County, Kentucky.

29. Plaintiff does not reside in Grant County, Kentucky.

30. Plaintiff opened an account with Fifth Third in Campbell County, Kentucky.

31. Plaintiff did not open an account with Fifth Third in Grant County, Kentucky.

32. Fifth Third had Plaintiff's address in Alexandria, Kentucky.

33. Defendant possessed Plaintiff's address in Alexandria, Kentucky.

34. Defendant did not have the right to sue Plaintiff in Grant County, Kentucky.

35. A debt collector may only bring suit for a non-real property debt in the judicial district where the consumer signed the contract sued upon or where the consumer resides at the time of the commencement of the action.

36. Defendant sued Plaintiff in a county where she did not reside.

37. Defendant sued Plaintiff in a county where she did not sign a contract upon which Defendant sues.

38. Defendant violated FDCPA § 811(a).

39. Plaintiff has lost sleep, lost time, become anxious, worried and embarrassed due to Defendant's actions.

40. Plaintiff's body has hurt as a result of Defendant's actions.

Wherefore, Plaintiff demands trial by jury, judgment, actual damages, statutory damages, attorneys' fees, costs and any other relief the Honorable Court deems appropriate.

Respectfully submitted this 29th day of May 2019,

/s/ **Bernard R. Mazaheri**
Bernard R. Mazaheri
Christina Thomas Mazaheri
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (863) 838-3838
Email – bernie@thelaborfirm.com
  christina@thelaborfirm.com